IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT GOLDSMITH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:20-CV-598-LY |
| | § | |
| ALFAVOR PETROLEUM | § | |
| CORPORATION, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On June 26, 2020, Plaintiff Scott Goldsmith filed a Notice of Settlement and Dismissal of Civil Action With Prejudice (Doc #8), which the court has reviewed and now approves. Therefore,

**IT IS ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of June, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE